# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES ENWEREJI and BERTHA ENWEREJI, | : : : | CIVIL ACTION |
| v. | : : | NO. 10-cv-4967 |
| STATE FARM FIRE AND CASUALTY CO. | : | |

## ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

AND NOW, this   28th   day of July, 2011, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 16), and Plaintiffs' response thereto, and for the reasons in the accompanying Memorandum of Law, it is hereby ORDERED that Defendant's Motion is GRANTED.  Final judgment is ENTERED in favor of Defendant and against Plaintiffs.

The Clerk shall close this case.

BY THE COURT:

s/Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-4967 Enwereji v State Farm\MSJ Ord.wpd